3. PLEADING, § 232*—*discretion as to allowance of amendments.* Though the power to grant leave to amend pleadings is within the discretion of the court, such discretion must in all cases be reasonably exercised.

4. APPEAL AND ERROR, § 1362*—*when refusal to permit amendment of declaration reversible error.* In an action on an attachment bond, refusal of court to permit plaintiff to amend his declaration at the time of trial, *held* reversible error.

## Mike Metas, Appellee, v. Peter Sanichas, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Vermilion county; the Hon. WILLIAM B. SCHOLFIELD, Judge, presiding. Heard in this court at the April term, 1913. Reversed with finding of fact. Opinion filed October 16, 1913.

### Statement of the Case.

Action by Mike Metas against Peter Sanichas to recover damages alleged to have been occasioned by the defendant compromising, without authority, a certain suit instituted by plaintiff against a third party. From a judgment in favor of plaintiff, defendant appeals.

CLARK & HUTTON, for appellant.

OLIVER D. MANN, for appellee.

MR. JUSTICE CREIGHTON delivered the opinion of the court.

### Abstract of the Decision.

COMPROMISE AND SETTLEMENT, § 4*—*authority to compromise suit.* In an action to recover damages resulting from defendant

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

compromising, without authority, a suit instituted by plaintiff against a third party and receipting for the money in the name of plaintiff, a verdict in favor of plaintiff *held* to be manifestly against the weight of the evidence, the defendant's evidence showing that defendant was authorized to take care of the case and to apply the amount collected on an account due him from plaintiff.

## David F. Turney, Appellee, v. John W. Coventry, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Shelby county; the Hon. JAMES C. McBRIDE, Judge, presiding. Heard in this court at the April term, 1913. Reversed with finding of fact. Opinion filed October 16, 1913.

### Statement of the Case.

Action by David F. Turney against John W. Coventry to recover for coal furnished to defendant from plaintiff's coal mine. From a judgment in favor of plaintiff for $113.26, defendant appeals.

TOM HEADEN and RICHARDSON & WHITAKER, for appellant.

STEIDLEY & CROCKETT, for appellee.

MR. JUSTICE CREIGHTON delivered the opinion of the court.

### Abstract of the Decision.

1. PRINCIPAL AND AGENT, § 179*—*rights of third persons under a contract with an agent of an undisclosed principal.* Where a third person who has entered into a contract with an agent in ig-

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.